NEAL OLMSTEAD, Appellant, v. MARJORIE OLMSTEAD, Respondent.— Appeal by plaintiff from order opening default of defendant in an uncontested divorce action. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

NELLIE JOYCE, Appellant, v. W. T. GRANT COMPANY, Respondent.— Appeal by plaintiff from a judgment dismissing her complaint in an action for negligence, at the close of her proof. Plaintiff was in defendant's store for the purpose of purchasing overshoes. While seated on a stool, provided by defendant for patrons, she slipped therefrom and was injured. There is no allegation in the complaint and no proof that the stool in question was defective. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

MARY E. KILFOILE, Respondent, v. CITY OF TROY, Appellant.— Plaintiff sustained personal injuries by falling into a defective manhole at Congress and Christie streets, in the city of Troy. There is evidence from which the jury might find that defendant had constructive notice of the existence of the alleged defect. In addition to that there was proof from which the jury might have found that defendant's officers had actual notice. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

MARY FENSON, Appellant, v. THE STATE LIQUOR AUTHORITY and THE BROOME COUNTY ALCOHOLIC BEVERAGE CONTROL BOARD, Respondents.— Appeal from order denying mandamus. The Alcoholic Beverage Control Board has denied a license to the petitioner. The Board is vested with the power to exercise a discretion in the issuance of a license. There was no abuse of discretion. Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [152 Misc. 446.]

RUFUS DILLENBECK, Respondent, v. MICHAEL A. FITZGERALD, Appellant. CLARENCE T. DOLSON, Respondent, v. MICHAEL A. FITZGERALD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

ELIZABETH MORRIS, Respondent, v. ALBANY HOTEL CORPORATION, Defendant. TEN EYCK COMPANY, INC., Appellant.— Motion to be allowed to appeal granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Do the answer and the supporting affidavits present a triable issue of fact so as to require the denial of a motion for summary judgment made pursuant to rule 113 of the Rules of Civil Practice? Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.